UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09-cv-523-JPG |
| CHRISTOPHER COLEMAN, *individually*, ANGELA DECICCO, *as Special Administrator of the Estates of Sheri Coleman, Garett Coleman, and Gavin Coleman, Deceased*, and MARIO WEISS, *as Special Administrator of the Estates of Sheri Coleman, Garett Coleman, and Gavin Coleman, Deceased*, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff American Family Mutual Insurance Company and against Defendants Christopher Coleman, Angela DeCicco, and Mario Weiss; and

IT IS FURTHER DECLARED that

• Plaintiff American Family Mutual Insurance Company's homeowner's insurance policy, Policy No. 12-BH0872-01, provides no coverage for any liability of Defendant Christopher Coleman in the underlying case, *DeCicco v. Coleman*, Case No. 09-L-14 (Ill. Cir. Ct. Monroe Co. May 26, 2009); and

- Plaintiff American Family Mutual Insurance Company has no duty under its homeowner's insurance policy, Policy No. 12-BH0872-01, to defend Defendant Christopher Coleman against any of the allegations made in the complaint in the underlying case, *DeCicco v. Coleman*, Case No. 09-L-14 (Ill. Cir. Ct. Monroe Co. May 26, 2009); and

- Plaintiff American Family Mutual Insurance Company has no duty under its homeowner's insurance policy, Policy No. 12-BH0872-01, to indemnify Defendant Christopher Coleman for any liability he may have based on the complaint in the underlying case, *DeCicco v. Coleman*, Case No. 09-L-14 (Ill. Cir. Ct. Monroe Co. May 26, 2009); and

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: April 22, 2010**          **NANCY ROSENSTENGEL, CLERK**

                                   s/Brenda K. Lowe, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**